IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR-114-MEO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | Violations: 8 U.S.C. §§ 1326(a) and (b)(1) |
| ) | 8 U.S.C. § 1306(b) |
| ) | |
| JOSE ISABEL MORALES VENTURA, ) | |
| a/k/a JOSE ISABEL MORALES-VENTURA, ) | |
| a/k/a JOSE MORALES-VENTURA ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (ILLEGAL REENTRY BY A FELON -- 8 U.S.C. §§ 1326(a) and (b)(1))

On or about February 7, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**JOSE ISABEL MORALES VENTURA,
a/k/a JOSE ISABEL MORALES-VENTURA,
a/k/a JOSE MORALES-VENTURA,**

an alien previously removed from the United States on or about January 21, 2011, at or near Columbus, Georgia, on or about July 31, 2014, at or near Columbus, Georgia, on or about June 24, 2015, at or near Mesa, Arizona, and on or about January 12, 2018, at or near Alexandria, Louisiana, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, and this occurred subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

1

<u>COUNT TWO</u>
**(FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))**

On or about February 7, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**JOSE ISABEL MORALES VENTURA,
a/k/a JOSE ISABEL MORALES-VENTURA,
a/k/a JOSE MORALES-VENTURA,**

an alien, failed to give written notice to the Attorney General of a change of his address within ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

A TRUE BILL:

███████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2